IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr366-MHT** |
| | ) | **(WO)** |
| **QUADARIUS QUENTIN SNIPES** | ) | |

**PRETRIAL BRIEFING ORDER**

The government and defendant Quadarius Quentin Snipes having informed the court that this case will likely go to trial, it is ORDERED that, five business days before the jury-selection date, they are each to file a brief (1) giving an overview of the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and, generally, how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 1st day of June, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**